**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Joshua C. Reher, Petitioner.

Appellate Case No. 2021-001052

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Lexington County
Eugene C. Griffith, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2023-MO-002
Heard October 25, 2022 – Filed January 4, 2023

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Jessica M. Saxon, of Columbia, for Petitioner.

Attorney General Alan M. Wilson and Senior Assistant Deputy Attorney General William M. Blitch, Jr., of Columbia, and Solicitor Samuel R. Hubbard, III, of Lexington, all for Respondent.

---

**PER CURIAM:** We granted certiorari to review whether the court of appeals erred in affirming the trial court's evidentiary decision in admitting a firearm experiment. *State v. Reher*, Op. No. 2021-UP-245 (S.C. Ct. App. filed June 30, 2021). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**